UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL NIETO,

    Plaintiff,

v.

KATHLEEN ALLISON, et al.,

    Defendants.

Case No. 22-cv-06983-JST

**ORDER LIFTING STAY; RE-OPENING CASE; AND SETTING CASE MANAGEMENT CONFERENCE**

On March 31, 2025, The Court stayed and administratively closed this case, pending appointment of pro bono counsel. ECF No. 43. On April 16, 2025, the Court appointed counsel and stayed proceedings until June 20, 2025. ECF No. 44.

That date having passed, the Court LIFTS the stay and DIRECTS the Clerk to re-open this case. The parties shall appear for a joint case management conference on August 19, 2025 at 2:00 p.m., and file a joint case management statement by August 12, 2025. In their joint statement, the parties shall also identify the names of Defendants to be substituted under Fed. R. Civ. P. 25(d), which provides that an "officer's successor is automatically substituted as a party" when "a public officer who is a party in an official capacity dies, resigns, or otherwise ceases to hold office while the action is pending." Fed. R. Civ. P. 25(d).

The case management conference will proceed by Zoom webinar.

**IT IS SO ORDERED.**

Dated: July 10, 2025

_____
JON S. TIGAR
United States District Judge