| | |
|---|---|
| ROB BONTA<br>Attorney General of California<br>JANET N. CHEN<br>Supervising Deputy Attorney General<br>JENNIFER BURNS<br>Deputy Attorney General<br>State Bar No. 312364<br> 1300 I Street, Suite 125<br> Sacramento, CA 95814<br> Telephone: (916) 210-6393<br> Fax: (916) 324-5205<br> E-mail: Jennifer.Burns@doj.ca.gov<br>*Attorneys for Defendants*<br>*J. Peffley and I. Perez-Pantoja* | DANIEL BOOKIN (S.B. #78996)<br>dbookin@omm.com<br>GEOFFREY YOST (S.B. #159687)<br>gyost@omm.com<br>JACQUELINE MALDONADO (S.B. #357645)<br>jmaldonado@omm.com<br>SADIE LOGERFO-OLSEN (S.B. #359344)<br>slogerfo-olsen@omm.com<br>O'MELVENY & MYERS LLP<br>Two Embarcadero Center<br>28th Floor<br>San Francisco, California 94111-3823<br>Telephone:   +1 415 984 8700<br>Facsimile:   +1 415 984 8701<br>BIOLA MACAULAY (S.B. #330265)<br>bmacaulay@omm.com<br>O'MELVENY & MYERS LLP<br>1625 Eye Street, NW<br>Washington, DC 20006<br>Telephone:   +1 202 383 5300<br>*Attorneys for Plaintiff*<br>*Michael Nieto* |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **MICHAEL NIETO,**<br><br>                                        Plaintiff,<br><br>    v.<br><br>**K. ALLISON, et al.,**<br><br>                                        Defendants. | 4:22-cv-06983-JST<br><br>**STIPULATED REQUEST TO EXCUSE PERSONAL APPEARANCES OF DEFENDANTS AT SETTLEMENT CONFERENCE**<br><br>Date:         January 28, 2026<br>Time:        10:00 a.m.<br>Location:   Via Videoconference<br>Judge:       The Honorable Robert M. Illman |

Plaintiff Michael Nieto and Defendants Peffley and Perez-Pantoja, by and through their counsel of record, stipulate and request the Court excuse Defendants' appearance at the January 28, 2026, settlement conference with the Honorable Robert M. Illman.  Defense counsel and a

1

1  representative for the California Department of Corrections and Rehabilitation (CDCR) will
2  appear and have full settlement authority for this matter.
3      Defendants are employed at CDCR institutions, and it would impose an undue hardship on
4  those institutions if Defendants were not available for their shifts since the prison would be
5  required to find coverage.  Moreover, Defendants are indemnified by the State of California, and
6  their presence is not necessary to achieve settlement.  Finally, defense counsel and a
7  representative of CDCR will attend the conference with full settlement authority for this matter.
8      Accordingly, the parties stipulate and request that Defendants be excused from personally
9  appearing at the settlement conference.

Dated:  January 13, 2026                           Respectfully submitted,

By: /s/ **Geoff Yost**  (as authorized on 1/13/26)
GEOFF YOST
O'MELVENY & MYERS LLP
*Attorneys for Plaintiff Michael Nieto*

Dated:  January 13, 2026                           Respectfully submitted,

ROB BONTA
Attorney General of California
JANET N. CHEN
Supervising Deputy Attorney General

*Jennifer Burns*

JENNIFER BURNS
Deputy Attorney General
*Attorneys for Defendants
J. Peffley and I. Perez-Pantoja*

|    |    |
|----|----|
| 1  | **ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1** |
| 2  | Pursuant to the Northern District of California Civil Local Rule 5-1(i)(3), I attest that |
| 3  | concurrence in the filing of this document has been obtained from each of the other signatories. |

Dated:  January 13, 2026

Respectfully submitted,

ROB BONTA
Attorney General of California
JANET N. CHEN
Supervising Deputy Attorney General

*/s/ Jennifer Burns*

JENNIFER BURNS
Deputy Attorney General
*Attorneys for Defendants*
*J. Peffley and I. Perez-Pantoja*

## [~~PROPOSED~~] ORDER

The parties jointly request Defendants Peffley and Perez-Pantoja be excused from the January 28, 2026, settlement conference with the Honorable Robert M. Illman. Upon due consideration and good cause appearing, the Court **GRANTS** the parties' request. Defendants Peffley and Perez-Pantoja are excused from appearing at the settlement conference on January 28, 2026.

**IT IS SO ORDERED.**

DATED: January 14, 2026

_____
ROBERT M. ILLMAN
United States Magistrate Judge

SF2023402159
39574346.docx